CA 08-037-ML

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-0363 MARY ALTINE V DAVOL INC

Filing Date: 01-18-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: PRODUCT LIABILITY
Status Date: 01-25-2008

Plaintiff: MARY ALTINE
ID: @10964734
Attorney: DAVID MOROWITZ

Plaintiff: PAUL ALTINE
ID: @10964735
Attorney: DAVID MOROWITZ

Defendant: DAVOL INC
ID: @10952115

Defendant: C R BARD INC
ID: @10952116

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-18-2008 | COMPLAINT FILED | |
| 01-18-2008 | INITIAL FILING FEE | |
| 01-18-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP264443. |
| 01-25-2008 | NOTICE OF REMOVAL | TO US DISTRICT COURT<br>Affiliated: DAVOL INC |
| 01-25-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 37 ML<br>Affiliated: DAVOL INC |
| 01-25-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island